DISTRICT JUDGE TANA LIN
MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED MUQTAR JARANOW, )   No. CV25-2396-TL-SKV
                       )
    Petitioner,        )
                       )   [PROPOSED] ORDER FOR BRIEFING
    vs.                )   SCHEDULE
                       )
PAMELA BONDI, Attorney General of )
the United States, et al.,        )
                       )
    Respondents.       )
_____)

    THE COURT has considered Petitioner's unopposed motion for a briefing schedule along with the records in this case.

    IT IS ORDERED that Respondents will file a response to the habeas petition no later than 14 days after the petition was received by the U.S. Attorney's Office. Petitioner may file a reply no later than five days after the response is filed. The Court will note the habeas petition for the same day as Petitioner's reply.

    IT IS ORDERED that the referral to Magistrate Judge S. Kate Vaughan is terminated.

    IT IS ORDERED that, while Petitioner's habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing Petitioner's counsel with at least 48 hours' notice of the removal or transfer. If the 48-hour period would expire on a weekend or legal

[PROPOSED] ORDER FOR BRIEFING SCHEDULE
(*Jaranow v. Bondi, et al.*, No.CV25-2396-TL-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

holiday, the period continues until the same time on the next day that is not a weekend or legal holiday.

DATED this 3rd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Alan Zarky*
Attorney for Petitioner

[PROPOSED] ORDER FOR BRIEFING SCHEDULE
(*Jaranow v. Bondi, et al.*, No.CV25-2396-TL-SKV) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**